FILED
2019 Jan-10 PM 03:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

In The Federal Courts Northeastern ~~Alabama~~

Don Nunez
— Plaintif

Vs.

Golden Rule Realty &
Huntsville Police Department

FILED
2019 JAN -9 A 10:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

Case No's:
5:19-CV-44 KOB-TMP

## Motion of Violation of Civil & Constitutional Rights

### Summary

Comes now the Plaintif in the above case pro-se and without the benefit of counsel to the Honorable Courts to establish the fact of his rights being violated and prays for the relief requested herein. For the benefit of this here case, the 'Complex' referred to is to be considered 'Golden Rule Realty & the 'police' is the City of Huntsville Police Department. This case will qualify for Federal Review based on the program of HUD being involved, and the Plaintif's Civil and Constitutional rights being violated.

The Plaintif moved into the complex of Villa Madrid Apartments on March 1st 2018 on a UA HUD program. Since his installment of living there, the complex has failed to gauranteed the safety and security of the Plaintif from harassment and undue duress and possible crimes committed

①

Cont.

by the 'complex' staff, residents and the Police. The right to be secure in ones home has been violated too numerous times to be counted. The complex has violated almost every building code and housing regulation and even HUD bylaws, by having the said Plaintifs apt. windows kicked in, mold in the unit and toilets and refrigeration not working, and not least is the fact that the complex took the HUD monies for the Plaintifs account, and then still went into his apartment and put all of his belongings in the dumpster on the 1st of October 2018 and never gave him due process gauranteed by the law. There is also the fact that the complex is in a 'illegal activity ring with officers of the police because they gave the 'police' a set of keys to his premises and they have entered at their own will and descretion anytime they pleased, and even shut off the inside and outside breakers of his electricity. The police never produced any warrants of search or arrest or anything!

The police was constantly coming by and harrassing the Plaintif and any and every guest, by just walking into his apartment and detaining and searching them and the premises without ever having a warrant, or even being called on almost a daily basis, thus creating a enviroment of fear and hostility. When questioned, the officers said they can do what they want, when they want, 'so sit the fuck down before we beat you down nigger'. Then they even made

②

up a charge by producing an unused glass tube saying it was a crack pipe, and took the Plaintif to jail. Then at one point, they even took my phone out my pocket and was looking to see who I had been calling. It is said around the apartment complex that the management team lets the officers go into peoples apartments with a key when they are not home, like they have done mine several times, because the staff has been caught doing illegal activities and is also being bullied by these rogue officers who feel they are above the law. This whole dilima has cost me 3 bedrooms and a house full of furniture, plus items that are not at all replaceable. Thus maybe costing me around $100,000.00 in all with damages.

## Relief

Whereas based upon the foregoing facts, the Plaintif hereby requests the courts to enter a judgement in his favor for $100,000 in damages plus a cease and desist order and a letter of apology and the termination of the staff and the officers involved.

Done this 13th day of December 2018 by my own hand.

Don Munez #5855
P.O. Box 2047
Huntsville AL 35804